# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152444(46)(47)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LADORA CHANTELL SNELL,
      Defendant-Appellant.

_____/

SC: 152444
COA: 319856
Genesee CC: 12-031984-FC

On order of the Chief Justice, the motions of plaintiff-appellee for immediate consideration, to expand the record to include the trial transcripts of November 1, 2013, and to extend the time for filings its answer to the application for leave to appeal are GRANTED. The answer will be accepted as timely filed if submitted on or before June 27, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016



Clerk